IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO: 4:13-CV-85-FL

| | | |
|---|---|---|
| DILLON R. STALLS,<br>       Plaintiff, | )<br>)<br>) | |
| vs. | )<br>)<br>) | ORDER GRANTING<br>ATTORNEY'S FEES PURSUANT<br>TO EQUAL ACCESS TO |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>       Defendant | )<br>)<br>)<br>)<br>) | JUSTICE ACT, 28 U.S.C. § 2412 |

This is a social security case in which judgment was entered on November 25, 2013, and Order entered that the decision of the Commissioner was reversed and the case remanded for further proceedings. The parties have stipulated to an award of attorneys' fees to plaintiff under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 4212 in the total amount of $2,075.00. It is, therefore,

ORDERED that defendant pay plaintiff $2,075.00 in attorney's fees under the Equal Access to Justice Act.

_____
LOUISE FLANAGAN
UNITED STATES DISTRICT JUDGE

This 17th day of _____January___, 2014